USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

RYAN O'DELL,

                Plaintiff,

    - against -

FORMA THERAPEUTICS HOLDINGS, INC.
PETER WIRTH, FRANK D. LEE, TIMOTHY
P. CLACKSON, MARSHA FANUCCI, WAYNE
A.I. FREDERICK, PETER KOLCHINSKY,
ARTURO MOLINA, THOMAS G. WIGGANS,

                Defendants.

**22 Civ. 7931 (VM)**

---

ANTHONY MORGAN,

                Plaintiff,

    - against -

FORMA THERAPEUTICS HOLDINGS, INC.
PETER WIRTH, FRANK D. LEE, TIMOTHY
P. CLACKSON, MARSHA FANUCCI, WAYNE
A.I. FREDERICK, PETER KOLCHINSKY,
ARTURO MOLINA, THOMAS G. WIGGANS,

                Defendant.

**22 Civ. 8243 (VM)**

---

MATTHEW WHITFIELD,

                Plaintiff,

    - against -

FORMA THERAPEUTICS HOLDINGS, INC.
PETER WIRTH, FRANK D. LEE, TIMOTHY
P. CLACKSON, MARSHA FANUCCI, WAYNE
A.I. FREDERICK, PETER KOLCHINSKY,
ARTURO MOLINA, THOMAS G. WIGGANS,

                Defendants.

**22 Civ. 8263 (VM)**

```
JEFFREY D. JUSTICE, II,

                    Plaintiff,           22 Civ. 8268 (VM)

          - against -                    ORDER

FORMA THERAPEUTICS HOLDINGS, INC.
PETER WIRTH, FRANK D. LEE, TIMOTHY
P. CLACKSON, MARSHA FANUCCI, WAYNE
A.I. FREDERICK, PETER KOLCHINSKY,
ARTURO MOLINA, THOMAS G. WIGGANS,

                    Defendants.
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the four cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same or substantially similar defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the lowest numbered case, 22 Civ. 7931; and it is finally

**ORDERED** that the Clerk of Court close the above-referenced higher numbered cases, 22 Civ. 8243, 22 Civ. 8263, and 22 Civ. 8268, as separate actions and remove them from the Court's docket.

**SO ORDERED.**

Dated:   October 3, 2022
         New York, New York

_____
                           Victor Marrero
                           U.S.D.J.